AO91(Rev. 5/85) Criminal Complaint                                      AUSA Jason D. Schall

# United States District Court

**Western District Of Texas Del Rio Division**

FILED
OCT 09 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.

VICTORIA GUADALUPE MALDONADO-PRADO
NANCY FABIOLA RODRIGUEZ

CRIMINAL COMPLAINT

CASE NUMBER: DR08-11447M01,02

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 8, 2008** in **Dimmit** County, in the **Western District Of Texas** defendant(s), knowing or in reckless disregard of the fact that certain aliens, TERESA DE JESUS ALVAREZ-LARA and YANETH BALBINA GONZALEZ-GAYTAN, have come to, entered, or remained in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, a felony,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)**

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on

following facts: On October 8, 2008, the DEFENDANTS MALDONADO-Prado, Victoria Guadalupe and RODRIGUEZ, Nancy Fabiola were arrested near Catarina, Texas transporting 5 undocumented aliens to Dallas, Texas in a 1996 Chevrolet Blazer for an average fee of $2500.00 per alien. The Material witnesses will testify to the fact that the DEFENDANTS picked them up at the designated location.

Continued on the attached sheet and made part of this   ☐ Yes  ☒ No

_____
Signature of Complainant

Sworn to before me and signed in my presence,

October 9, 2008                at                 Del Rio, Texas
Date                                             City/State

Victor Roberto Garcia       U.S. Magistrate Judge       _____
Name of Judge               Title of Judge              Signature of Judge